Joel D. Odou
Nevada Bar No. 7468
Analise N. M. Tilton
Nevada Bar No. 13185
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
jodou@wshblaw.com
atilton@wshblaw.com

Attorneys for Defendants, Knight Transportation, Inc. and Wilmer Cruz

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| NANCY BELL OBRIAN, an individual; THOMAS CHARLES OBRIAN, III, an individual, <br><br>  Plaintiffs, <br><br> v. <br><br> SUSAN HERNANDEZ-TORRES, an individual; JORGE RODRIGUEZ-MARTINEZ, an individual; WILMER ANTONIO CRUZ-REYES, an individual; KNIGHT TRANSPORTATION, INC., a Foreign Corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive, <br><br>  Defendants. | Case No. 2:21-cv-01286-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Trial Date:     None Set |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiffs, NANCY BELL OBRIAN and THOMAS CHARLES OBRIAN, III (hereinafter "Plaintiffs") and Defendants, KNIGHT TRANSPORTATION, INC. and WILMER CRUZ (hereinafter "Defendants"), by and through their undersigned counsel and hereby STIPULATE to DISMISSAL of Defendants KNIGHT TRANSPORTATION, INC. and WILMER CRUZ, WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

This Stipulation may be executed in one or more counterparts, each of which shall constitute

1  a duplicate original.  A facsimile or other non-original signature shall still create a binding and
2  enforceable agreement.
3  **IT IS SO STIPULATED.**
4  DATED:  October 22, 2021                                    DATED:  October 22, 2021

**LADAH LAW FIRM**                                           **WOOD, SMITH, HENNING & BERMAN, LLP**

By:  */s/ Donald P. Paradiso*                              By: */s/ Analise N. M. Tilton*
    RAMZY P. LADAH, ESQ.                                      JOEL D. ODOU, ESQ.
    Nevada Bar No. 11405                                      Nevada Bar No. 9374
    DONALD P. PARADISO, ESQ.                                  ANALISE N. M. TILTON, ESQ.
    Nevada Bar No.12845                                       Nevada Bar No. 13185
    517 S. Third Street                                       2881 Business Park Court, Suite 200
    Las Vegas, NV 89101                                       Las Vegas, Nevada 89128-9020
                                                              Tel. 702 251 4100
    *Attorney for Plaintiffs, NANCY BELL*
    *OBRIAN and THOMAS CHARLES*                               *Attorneys for Defendants, KNIGHT*
    *OBRIAN, III*                                             *TRANSPORTATION, INC., and WILMER CRUZ*

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

*Case No. 2:21-cv-01286-VCF*
*Nancy Bell Obrian, et al. v. Susana Hernandez-Torres, et al.*

### ORDER

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the entire action entitled *Nancy Bell Obrian, et al. v. Susana Heranndez-Torres, et al.*, Case No. *2:21-cv-01286-VCF*, is dismissed, WITH PREJUDICE, against Defendants Knight Transportation, Inc. and Wilmer Cruz with each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

DATED this 27th day of October, 2021.

_____
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully Submitted by:

WOOD, SMITH, HENNING & BERMAN LLP

By      */s/ Analise N. M. Tilton*
      JOEL D. ODOU
      Nevada Bar No. 7648
      ANALISE N. M. TILTON
      Nevada Bar No. 13185
      2881 Business Park Court, Suite 200
      Las Vegas, Nevada 89128-9020
      Tel. 702 251 4100

      Attorneys for Defendants, Wilmer Cruz and
      Knight Transportation, Inc.

22088618.1:10092-0075                    -3-                    Case No. 2:21-cv-01286-VCF
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE