UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| NANCY BELL O'BRIAN and THOMAS CHARLES O'BRIAN, III, | Case No.: 2:21-cv-01286-APG-VCF |
|---|---|
| Plaintiffs | **Order for Status Report** |
| v. | |
| SUSANA HERNANDEZ-TORRES, et al., | |
| Defendants | |

    I ORDER that by January 7, 2022, the plaintiffs shall file a status report indicating whether they intend to pursue their claims against the remaining defendants, Susana Hernandez-Torres and Jorge Rodriguez-Martinez. If they intend to pursue their claims, they must also advise who will substitute for plaintiff Thomas Charles O'Brian, III. *See* ECF No. 15; Fed. R. Civ. P. 25. Failure to respond to this order by that date will result in the plaintiffs' claims against the remaining defendants being dismissed without prejudice.

    DATED this 3rd day of December, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE