**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANCY BELL O'BRIAN and THOMAS CHARLES O'BRIAN, III,<br><br>    Plaintiffs<br><br>v.<br><br>SUSANA HERNANDEZ-TORRES, et al.,<br><br>    Defendants | Case No.: 2:21-cv-01286-APG-VCF<br><br>**Order Dismissing Case** |

     I previously ordered the plaintiffs to advise the court by January 7, 2022 whether they intend to pursue their claims against the remaining defendants, Susana Hernandez-Torres and Jorge Rodriguez-Martinez. ECF No. 19.  I advised the plaintiffs that failure to respond to my order would result in the plaintiffs' claims against the remaining defendants being dismissed without prejudice. *Id.*  The plaintiffs did not respond.

     I THEREFORE ORDER that the plaintiffs' claims against defendants Susana Hernandez-Torres and Jorge Rodriguez-Martinez are dismissed without prejudice.  The clerk of court is instructed to close this case.

     DATED this 11th day of January, 2022.

                                                                  ANDREW P. GORDON<br>
                                                                  UNITED STATES DISTRICT JUDGE